UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY


IN RE: LINDA K. HALL                              CHAPTER 7

DEBTOR                                            CASE NO: 10-22069


ORDER AVOIDING LIEN ON EXEMPT PROPERTY

WHEREAS Debtor has requested, pursuant to section 522(f)(1)(A) of title 11, United States Code, an order avoiding the lien of Worldwide Asset Purchase a/k/a Worldwide Asst Purchsg II Assigee To Direct Merch, 101 Convention Center St., Las Vegas, NV  89109, as a lien that impairs the interest of the debtor in exempt property; and

WHEREAS such lien is a judicial lien and is recorded in Mason County, Kentucky, Encumbrance Book 30, Page 266.; and

WHEREAS such lien impairs the interest of the debtor in property in which the debtor is entitled to claim and has claimed an exemption in this case. Such property being more particularly described as follows: Debtor's homestead at 1233 Vine Street, Maysville, KY 41056, which she holds as a tenant by the entirety.

IT IS THEREFORE ORDERED, that unless this case is dismissed, the lien of Worldwide Asset Purchase shall be avoided and shall not survive this bankruptcy proceeding or affix to or remain enforceable against the interest of the debtor in any of the aforementioned property following the conclusion of this case.

Pursuant to Local Rule 9022-1(c), I, Frank M. Hurdle shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within fourteen (14) days hereof.

Distribution List:
Debtor
Worldwide Asset Purchase
And via electronic filing:
Hon. Lori A Schlarman, Chapter 7 Trustee
Office of the US Trustee
All others requesting electronic notice


THIS ORDER IS TENDERED BY:
\s\Frank M. Hurdle
Attorney for Debtor, P.O. Box 535
Maysville, Kentucky 41056 606-584-8711


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, September 28, 2010**
(jms)